■ LEE ANN SELAPACK, Respondent-Appellant, v LEON SELA-PACK, Appellant-Respondent. [855 NYS2d 409]—Appeal and cross appeal from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered November 28, 2006 in a divorce action. The judgment, among other things, awarded plaintiff maintenance and ordered defendant to pay child support.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Gorski, JJ.